# United States District Court

WESTERN DISTRICT OF WASHINGTON

MONICA V. BOYD

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE,
Commissioner of Social Security

CASE NUMBER: C06-5530FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

April 9, 2007                                                                BRUCE RIFKIN
Date                                                                          Clerk

                                                                              *s/Caroline M. Gonzalez*
                                                                              Deputy Clerk